UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Docket No. 04-12237-JLT

|  |  |
|---|---|
| ACCESS 4 ALL, INC. a Florida not for profit corporation, and PETER SPALLUTO, individually<br>    Plaintiffs<br><br>v.<br><br>BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Paul J. Klehm and James B Krasnoo of Law Offices of James Krasnoo, 23 Main Street, Andover, MA as counsel to Defendants Buckminster Hotel Corporation and Boston Kenmore Condominium Trust in this matter.

                                              The Defendants
                                              Buckminster Hotel Corporation, and
                                              Boston Kenmore Condominium Trust
                                              By Their Attorneys,

                                              /s/ Paul J. Klehm
                                              James B. Krasnoo  BBO#27930
                                              *James@krasnoolaw.com*
                                              Paul J. Klehm  BBO# 561605
                                              *pklehm@krasnoolaw.com*
                                              Law Offices of James B. Krasnoo
                                              23 Main Street
                                              Andover, MA  01810
                                              (978) 475-9955

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on February 16, 2005.

                                        /s/ Paul J. Klehm
                                        Paul J. Klehm