UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Docket No. 04-12237-JLT

|  |  |
|---|---|
| ACCESS 4 ALL, INC. a Florida not for profit corporation, and PETER SPALLUTO, individually<br>    Plaintiffs<br><br>v.<br><br>BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' MOTION TO EXTEND TIME
TO FILE RESPONSIVE PLEADINGS OR ANSWERS FOR THIRTY DAYS**

Defendants Buckminster Hotel Corporation and Boston Kenmore Condominium Trust hereby move this Court, out of an abundance of caution, to extend time within which they may file their respective responsive pleadings or answers from February 16, 2005 to and including March 18, 2005 and, more particularly, for the reasons set forth below:

1.      On or about February 16, 2005, Defendants Buckminster Hotel Corporation and Boston Kenmore Condominium Trust retained James B. Krasnoo and Paul J. Klehm of the Law Offices of James B. Krasnoo as their counsel in this manner.

2.      Defendants' counsel are uncertain as to when an answer or responsive pleading to the Amended Complaint, which was filed on January 27, 2005, is due. Defendants' counsel does have a copy of a Summons pertaining to Boston Kenmore Condominium Trust which appears to be dated January 27, 2005, but they are uncertain as to whether (and when) service

of process has been effectuated in this case. The Summons requires an answer to be filed within twenty days of service, which would be today.

3. Since Defendants' counsel were only retained today, they are not in a position to prepare or to file an answer or responsive pleading to the Amended Complaint. Out of an abundance of caution, Defendants respectfully request that this Court grant Defendants an extension of time within which they may file their respective answers or responsive pleadings for a period of thirty days -- to and including March 18, 2005.

4. Plaintiffs' counsel has no objection to the allowance of the within motion.

**WHEREFORE**, for the above reasons, the Defendants Buckminster Hotel Corporation and Boston Kenmore Condominium Trust respectfully requests that this Court GRANT the within motion and extend the time within which the Defendants Buckminster Hotel Corporation and Boston Kenmore Condominium Trust may file their respective responsive pleadings or answers to and including March 18, 2005.

The Defendants
Buckminster Hotel Corporation, and
Boston Kenmore Condominium Trust
By Their Attorneys,

/s/ Paul J. Klehm
James B. Krasnoo  BBO#279300
Paul J. Klehm  BBO# 561605
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level

Andover, MA  01810
(978) 475-9955

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Paul J. Klehm, counsel to Defendants, hereby certify that, on the afternoon of February 16, 2005, I spoke by telephone with O. Oliver Wragg, counsel to Plaintiffs, via telephone with regard to the within motion.  Attorney Wragg informed me that I could include in the motion that he had no opposition to the within motion.

/s/  Paul J. Klehm
Paul J. Klehm

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or each party of record not represented by an attorney by first class mail, postage prepaid on February 16, 2005.

/s/ Paul J. Klehm
Paul J. Klehm

3