UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Docket No. 04-12237-JLT

|  |  |
|---|---|
| ACCESS 4 ALL, INC. a Florida not for profit corporation, and PETER SPALLUTO, individually<br>    Plaintiffs<br><br>v.<br><br>BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of James B Krasnoo of Law Offices of James Krasnoo, 23 Main Street, Andover, MA as counsel to Defendants Buckminster Hotel Corporation and Boston Kenmore Condominium Trust in this matter.

The Defendants
Buckminster Hotel Corporation, and
Boston Kenmore Condominium Trust
By Their Attorneys,

/s/ James B. Krasnoo
James B. Krasnoo  BBO#27930
*James@krasnoolaw.com*
Paul J. Klehm  BBO# 561605
*pklehm@krasnoolaw.com*
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on February 17, 2005.

                                        /s/ James B. Krasnoo
                                        James B. Krasnoo