# AFFIDAVIT OF PROCESS SERVER

### In The United States District Court for the District of Massachusetts
### Eastern Division

Access 4 All, Inc., a Florida not for profit corporation
and Peter Spalluto, Individually

Case No: 04 12237 JLT

Plaintiff(s)

v

Buckminster Hotel Corporation, a Delaware corporation

Defendant(s)

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served Buckminster Hotel Corporation, a Delaware corporation

with the documents: Summons in a Civil Case; and Complaint

Person Served: Mary Messina, Business Agent authorized to accept on behalf of Corporation Service Company, Registered Agent

Service Address: 2711 Centerville Road, Suite 400, Wilmington, DE 19808

Date of Service: November 3, 2004          Time of Service: 4:10 p.m.

**Manner of Service:** (X ) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address          ( ) Evading          ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist      ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____,
_____ at _____, _____ at _____, _____ at _____, _____ at _____.

**Description:** Age: 40's  Sex: F   Race: B   Hgt: 5'6"   Wgt: 135   Hair: Brown   Glasses: Yes

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit is executed on:

November 4, 2004    at   Wilmington,    Delaware
Date                        City              State

William Golt, Process Server

State of Delaware
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on November 4, 2004

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008