**RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## Suffolk District of Massachusetts

Case Number: 1:04-CV-12237-JLT

Plaintiff:
**ACCESS 4 ALL, INC. A FLORIDA NOT FOR PROFIT CORPORATION, AND PETER SPALLUTO, INDIVIDUALLY**

vs.

Defendant:
**BUCKMINSTER HOTEL CORP. A DELAWARE CORP, AND BOSTON KENMORE CONDOMINIUM TRUST, A TRUST CREATED UNDER DECLARATION OF TRUST DATED DECEMBER 26, 1986, AS AMENDED,**

For:
Oliver Wragg
FULLER AND FULLER
1200 Biscayne Blvd.
Suite 609
N.Miami, FL  33181

Received by Boston Due Process to be served on BOSTON KENMORE    **645 BEACON STREET BOSTON, MA 02216.** CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended
I, Mark C.Gaisford, do hereby affirm that on the **27th day of January, 2005** at **1:11 pm**, I:

Served the within named corporation by delivering a true copy of the **SUMMONS & First Amended Complaint** with the date and hour of service endorsed thereon by me to DIANA SHIH as FRONT DESK CLERK of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a sworn Constable, in good standing, in the municipality in which the process was served.

Subscribed to and sworn before me
this 28 day of January, 2005.

Thomas J. Younis/ Notary Public
My commission expires Apr. 11, 2008

Mark C. Gaisford
Constable - Boston P-146

Boston Due Process
P.O. Box 87
Boston, MA  02130-0100
(617) 469-3100

Our Job Serial Number: 2005000080

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f