UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Docket No. 04-12237-JLT

_____
                                                          )
ACCESS 4 ALL, INC. a Florida not for profit corporation,  )
and PETER SPALLUTO, individually                          )
    Plaintiffs                                           )
                                                          )
v.                                                        )
                                                          )
BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and)
BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under   )
Declaration of Trust dated December 26, 1986, as amended  )
    Defendants                                            )
_____)

**CORPORATE DISCLOSURE STATEMENT OF
<u>BUCKMINSTER HOTEL CORPORATION</u>**

    Pursuant to Local Rule 7.3 the Buckminster Hotel Corporation ("Buckminster") hereby discloses that it has the following parent corporation: Coles Holding, Ltd., P.O. Box 146, Roadtown, Tortola, British Virgin Islands.  No publicly held corporation owns 10% or more of Buckminster's stock.

                                    The Defendant
                                    Buckminster Hotel Corporation,
                                    By Its Attorneys,


                                    /s/ Paul J. Klehm_____
                                    James B. Krasnoo  BBO#27930
                                    Paul J. Klehm  BBO# 561605
                                    Law Offices of James B. Krasnoo
                                    23 Main Street
                                    Andover, MA  01810
Dated March 8, 2005                  (978) 475-9955

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on March 8, 2005.

                                                  /s/ Paul J. Klehm
                                                  Paul J. Klehm