UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

ACCESS 4 ALL, INC. a Florida not for profit
corporation, and PETER SPALLUTO, Individually,

        Plaintiffs,

vs.

BUCKMINSTER HOTEL CORPORATION, a
a Delaware Corporation, and BOSTON KENMORE
CONDOMINIUM TRUST, a Trust created under
Declaration of Trust dated December 26, 1986, as
amended,

        Defendant.
_____/

Case No.1:04-CV-12237-JLT

Judge Joseph L. Tauro
Magistrate Judge Alexander

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO:**

**1) DEFENDANT BOSTON KENMORE CONDOMINIUM TRUSTS'MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT BOSTON KENMORE CONDOMINIUM TRUST, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITIVE STATEMENT**

**2) DEFENDANTS BUCKMINSTER HOTEL CORPORATION AND BOSTON KENMORE CONDOMINIUM TRUSTS'MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM AGAINST DEFENDANTS OR IN THE ALTERNATIVE, MOTIN FOR MORE DEFINITE STATEMENT**

**3) DEFENDANTS BUCKMINSTER HOTEL CORPORATION AND BOSTON KENMORE CONDOMINIUM TRUSTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM AGAINST DEFDENDANTS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

Plaintiffs, ACCESS 4 ALL, INC., a Florida not-for-profit corporation, and PETER SPALLUTO, Individually, request the Court to extend the time in which they may file their

1

responsive pleadings from April 7, 2005 to and including April 14, 2005. The Defendants' Motions were lengthy and complex and Plaintiffs request ample time to sufficiently respond to them. Defendants' counsel has no objection to the extension of time.

WHEREFORE, for the above reasons, the Plaintiffs respectfully request the Court to grant an extension the time for Plaintiffs' to file their responsive pleadings to and including April 14, 2005.

Respectfully Submitted,

FULLER, FULLER AND ASSOC., P.A.
Attorney for Plaintiffs
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199 - Dade
(954) 463-6570 - Broward
(305) 893-9505 - Fax

By: _____
O. Oliver Wragg, Esquire
Of Counsel
Bar Number: 643152

Date: 3/24/05

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

On March 24, 2005, the law offices of Fuller, Fuller & Associates, P.A. conferred with Defendants' Counsel James B. Krasnoo regarding the requested extension of time. Mr. Krasnoo had no objections.

By: _____
O. Oliver Wragg, Esquire
Of Counsel
Bar Number: 643152

Date: _____

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or each party of record not represented by an attorney by first class mail, postage prepaid on March 25, 2005.

By: _____
O. Oliver Wragg, Esquire
Of Counsel
Bar Number: 643152

Date: _____