# BEAUTIFUL UNIVERSAL DESIGN

## A VISUAL GUIDE

Cynthia A. Leibrock

James Evan Terry



John Wiley and Sons, Inc.
New York · Chichester · Weinheim · Brisbane · Singapore · Toronto



EXHIBIT A

*Cover illustration:* Kohler Universal Bathroom, Kohler Design Center, Kohler, Wisconsin; Designed by Cynthia Leibrock, EASY ACCESS, Fort Collins, Colorado, and Mary Beth Rampolla, Architect and Senior Project Designer, Eva Maddox Associates, Inc.

This book is printed on acid-free paper. ♾

Copyright © 1999 by Cynthia Leibrock and James Evan Terry.
All rights reserved.

Published by John Wiley & Sons, Inc.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4744. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158-0012, (212) 850-6011, fax (212) 850-6008, E-Mail: PERMREQ@WILEY.COM.

Library of Congress Cataloging-in-Publication Data

Leibrock, Cynthia.
   Beautiful universal design : a visual guide / Cynthia Leibrock. —
2nd ed.
     p.  cm.
   Rev. ed. of : Beautiful barrier-free. c1993
   Includes bibliographical references and index.
   ISBN 0-471-29306-7 (cloth : alk. paper)
   1. Architecture and the handicapped—United States.  I. Leibrock,
Cynthia. Beautiful barrier-free. II. Title.
NA2545.A1L45   1998
720'.87—dc21                                      98-36453

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

# PREFACE

*Make level paths for your feet, so that the lame will not be disabled, but rather healed.*
Heb. 12:12–13 NIV

Universal design implies "it could happen to me."[1] Special needs are for someone else, someone who needs an exception. Universal design is not a specialized design niche accommodating a special user group. It is simply good design, and good design provides maximum opportunity and choice for all users throughout their lives.

Universal design is an ideal that never completely accommodates diversity but moves in that direction. The accommodation is simple and invisible, never segregating by ability or economic means. Universal design is expansive, integrating users into larger groups, opening markets to more consumers, and exceeding code to eliminate disability by design.

## Simplicity

Elaine Ostroff describes universal design as intuitive, simple to use, easy to understand, and tolerant of error.[2] The strict parameters of a universal design may actually inspire simplicity and purity of form. As a minimalist approach, it focuses attention on the user rather than on the equipment or facility.

Universal design requires minimal physical and mental effort by the user. An adaptable, adjustable, or flexible design may not be universal if it requires complicated changes or high physical effort. A movable ramp placed over stairs is an adaptation; is not a universal solution. Modification is needed before each use, requiring strength and mobility to put the ramp in place.

In an effort to meet differences in user needs, complicated modifications are frequently made to existing products. In many cases these modifications only serve to make the products more difficult to use. Rather than empowering the user by saving time and energy, these technological dreams become maintenance nightmares, consuming time that could be spent in more creative pursuits. These contraptions frequently intimidate rather than support, reinforcing a feeling of inadequacy. In the process, they become visual advertisements of disability and age.

## Invisibility

Universal design is silent and invisible. Although it must be accessible and barrier free, it must go further to quietly meet the needs of all users. A silent and invisible design isn't labeled by complicated signage or advertised as "for the elderly and disabled." It is not a design prescription for a specific disease but a panacea that "heals" many diseases and accommodates many users without singling out anyone.

## Maximum, Not Minimum Design

Universal design is not a new term for code compliance. Polly Welch maintains that universal design is an alternative to the prevailing paradigms of minimum standards and exceptions to the norm. She goes on to suggest that designers have historically tended to interpret minimum standards as maximums, particularly when solutions beyond the minimum might result in higher cost.[3]

Design standards like those adopted under the Americans with Disabilities Act (ADA) are minimum standards. They are a good start, but they still separate us into special user groups, placing people with disabilities in one toilet stall and the rest in another, people in wheelchairs on the ramp while others quickly use the stairs. The ADA does

not mandate a gradual slope to an entrance used by all. An ADA-compliant ramp can be so long and steep that over two thirds of people in wheelchairs cannot use it.[4]

Within the next 20 years, most boomers will personally experience the need for accessibility. They will be appalled at these minimum standards, as appalled as we are today by the following piece of legislation:

> No person who is diseased, maimed, mutilated, or in any way deformed as to be a disgusting or unsightly object or an improper person is to be allowed in or on the public ways of this city or shall expose himself to view under penalty of not less than $1 nor more than $50 for each offense.

Known as "the ugly law," this municipal ordinance existed in some cities in the United States as late as 1973. At one point in our history, this was the norm, much as code is the norm today. Universal design does more than is expected by the norm, surpassing the minimum to truly meet human needs.

### Integration

Universal design does not segregate. It encourages the participation of many users, many abilities. It can bring us together as we address our differences. Redundant solutions, like a turnstile for one group and a gate for another, take a separate-but-equal approach. Well-meaning designers often create barrier-free oddities, visually segregating people with abilities varying from the norm.

Too many older people struggle up stairways rather than make a spectacle of themselves by using the open lift installed to meet their needs. Too many ramps are attached as makeshift accommodations to meet code, destroying the appearance of a building while attracting unwanted attention to users. Too many cumbersome aids become institutional clichés, and too many people are isolated by their use.

### Elimination of Disability

We all have physical and mental differences, but 40 percent of Americans with disabilities seldom leave their homes because of architectural barriers, primarily doors and rest rooms.[5] Many of us have difficulty living independently and are handicapped by problems created not by ability or age but by obstacles in buildings. The decisions of designers and architects can either disable us or offer us a different way of using the space, a way that provides freedom without the "for handicapped people only" stigma.

Universal design solutions transcend ability with innovation. The technology is in place, there is an enormous need, and with a little imagination designers and architects can literally free us from handicaps by design, providing a world without barriers.

### Affordability

If universal design is to offer a choice to all users, it must be affordable. Accessibility may add as little as 1 percent to the total project cost of new construction.[6] These low costs are expected in commercial facilities when accessibility is considered during the initial design. Affordability and accessibility need not be mutually exclusive.

For the purposes of the Internal Revenue Service (IRS), many accessible products and designs are legitimate medical expenses that can be deducted if they exceed 7½ percent of an individual's adjusted gross income.[7] Examples include grab bars, widened doorways, and ramps. Businesses may deduct up to $15,000 per year for cost associated with the removal of qualified architectural barriers. Small businesses may be eligible for an annual $5,000 tax credit to comply with ADA requirements. The tax credit may also be used for consulting fees incurred in removing architectural barriers.[8] On the other hand, the cost of not complying with ADA may be lost customers, missed sales, poor service, complaints, or even lawsuits.

Some universal design expenses are reimbursable through public and private insurance programs. In addition, some states offer aid and low-interest loans through community development block grants and similar programs. The