UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

ACCESS 4 ALL, INC. a Florida not for profit
corporation, and PETER SPALLUTO, Individually,

    Plaintiffs,

vs.

BUCKMINSTER HOTEL CORPORATION, a
a Delaware Corporation, and BOSTON KENMORE
CONDOMINIUM TRUST, a Trust created under
Declaration of Trust dated December 26, 1986, as
amended,
    Defendants

vs.

SOLOMON & COMPANY REAL ESTATE, INC.,

    Third Party Defendant

Case No.1:04-CV-12237-JLT

Judge Joseph L. Tauro
Magistrate Judge Alexander

## WITHDRAW MOTION TO STRIKE DEFENDANTS' REQUEST FOR JURY TRIAL

  Plaintiffs, ACCESS 4 ALL, INC., a Florida not-for-profit corporation, and PETER SPALLUTO, Individually, hereby withdraw their Motion to Strike Defendants' Request for Jury Trial. By **STIPULATION**, the Defendants have agreed to withdraw their Motion for a Jury Trial making Plaintiffs' Motion to Strike Defendants' Request for Jury Trial moot.

  Plaintiffs do not withdraw their Motion to Dismiss or Sever Third Party Complaint.

      Respectfully Submitted,

      FULLER, FULLER AND ASSOC., P.A.
      Attorney for Plaintiffs
      12000 Biscayne Blvd., Suite 609
      North Miami, FL 33181

(305) 891-5199 - Dade
(954) 463-6570 - Broward
(305) 893-9505 - Fax

By: /s/ O. Oliver Wragg
O. Oliver Wragg, Esquire
Of Counsel
Bar Number: 643152

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record or each party of record not represented by an attorney by first class mail, postage prepaid on April 19, 2005.

By: /s/ O. Oliver Wragg
O. Oliver Wragg, Esquire
Of Counsel
Bar Number: 643152