UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended,<br><br>    Defendants.<br>_____/ | Case No.1:04-CV-12237-JLT<br><br>Judge Joseph L. Tauro |

## **STIPULATION**

THIS STIPULATION is entered into by and between Plaintiffs, ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALUTTO, Individually, (hereinafter sometimes collectively referred to as "Plaintiffs"), and BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended, (hereinafter collectively referred to as "Defendants"), as of the date that the last parties hereto execute this Stipulation.

WHEREAS, the Plaintiffs have initiated the subject lawsuit against the Defendants under the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq.,

WHEREAS, the Defendants have demanded a jury trial both as to the defense of the Plaintiffs' action and for its third party claim against third party defendant, Solomon & Kaplan Real Estate, Inc., based upon the Defendants' uncertainty whether Plaintiff is

seeking relief other than injunctive relief,

WHEREAS, Plaintiffs stipulate the Plaintiffs do not seek to recover any damages, including, without limitation, compensatory, money, pain and suffering, mental anguish, emotional distress or punitive damages, in this action,

WHEREAS, Plaintiffs stipulate that Plaintiffs seek only injunctive relief in this claim under 42 U.S.C. § 12181, et. seq., as well as an award of attorneys fees, litigation expenses and costs pursuant to 42 U.S.C. § 12188,

Based upon the foregoing recitals, the parties hereto agree as follows:

1.  Plaintiff relief, if any, in this lawsuit is limited to injunctive relief, attorneys fees, litigation expenses and costs as set forth in Title III of the Americans with Disabilities Act, 42 U.S.C. § 12188, et. seq.

2.  Accordingly, Defendants withdraw Defendants' demand for a jury trial both as to the subject claim as brought by the Plaintiffs and as to the third party claim brought by the Defendants against the third party Defendants.

By signing below, the parties through counsel, agree to the foregoing:

| | |
|---|---|
| FULLER, FULLER & ASSOCIATES, P.A.<br>Attorneys for Plaintiffs<br>12000 Biscayne Blvd., Suite 609<br>North Miami, FL 33181<br>Tel.: (305) 891-5199<br>Fax: (305) 893-9505 | LAW OFFICES OF JAMES B. KRASNOO<br>Attorneys for Defendants<br>23 Main Street, Terrace Level<br>Andover, MA 01801<br>Tel.: (978) 475-9955<br>Fax: (978) 474-9005 |
| By: /s/ O. Oliver Wragg<br>    O. Oliver Wragg, Esquire (BBO 643152) | By: /s/ Paul J. Klehm<br>    Paul J. Klehm, Esquire (BBO 561605) |