UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Docket No. 04-12237-JLT

|  |  |
|---|---|
| ACCESS 4 ALL, INC. a Florida not for profit corporation, and PETER SPALLUTO, individually<br>　　Plaintiffs<br><br>v.<br><br>BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended<br>　　Defendants/Third-Party Plaintiffs<br><br>v.<br>SALOMON & COMPANY REAL ESTATE, INC.<br>　　Third-Party Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**STIPULATION OF DISMISSAL *WITHOUT PREJUDICE* AS TO DEFENDANTS'
THIRD-PARTY CLAIMS AGAINST
<u>THIRD-PARTY DEFENDANT SALOMON & COMPANY REAL ESTATE, INC. *ONLY*</u>**

　　Pursuant to Fed.R.Civ.P.41 (a)(1)(i), Defendants-Third-Party Plaintiffs Buckminster Hotel Corporation, a Delaware Corporation, and Boston Kenmore Condominium Trust, a Trust created under Declaration of Trust dated December 26, 1986, hereby dismiss as of right their third-party claims asserted against Third-Party Defendant Salomon & Company Real Estate, Inc. *without* prejudice. Third-Party Defendant Salomon & Company Real Estate, Inc. has filed no

answer, motion for summary judgment or other responsive pleading.

        The Defendants-Third Party Plaintiffs
Boston Kenmore Condominium Trust and
Buckminster Hotel Corporation
By Their Attorneys,


/s/ Paul J. Klehm_____
James B. Krasnoo  BBO#279300
Paul J. Klehm  BBO# 561605
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA  01810
(978) 475-9955

Dated:  May 12, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record or each party of record not represented by an attorney by first class mail, postage prepaid on May 12, 2005.


/s/ Paul J. Klehm_____
Paul J. Klehm