UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually,

    Plaintiffs,

vs.

BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended,

    Defendants.

Case No.1:04-CV-12237-JLT

Judge Joseph L. Tauro

## ORDER

THIS CAUSE having come on to be heard before me pursuant to the Stipulation entered into by and between Plaintiffs, ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALUTTO, Individually, (hereinafter sometimes collectively referred to as "Plaintiffs"), and BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended, and the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

Pursuant to the Stipulation between the parties, Defendants' Motion to Withdraw Defendants' demand for a jury trial both as to the subject claim as brought by the

Plaintiffs and as to the third party claim brought by the Defendants against the third party Defendants is GRANTED.

DONE AND ORDERED in Chambers, on this 20th day of ____MAY____, 2005.

_____
UNITED STATES DISTRICT COURT
Judge Joseph L. Tauro

Copies to Counsel of Record:

FULLER, FULLER & ASSOCIATES, P.A.
Attorneys for Plaintiffs
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181

LAW OFFICES OF JAMES B. KRASNOO
Attorneys for Defendants
23 Main Street, Terrace Level
Andover, MA 01801