UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually,

        Plaintiffs,

vs.

BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended,

        Defendants.

Case No.1:04-CV-12237-JLT-JLA

Judge Joseph L. Tauro
Magistrate Judge Joyce L. Alexander

## PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

DATE: 6/20/05

Respectfully submitted,

_____
Peter Spalluto

O. Oliver Wragg  VP Tuo 6/20/05
O. Oliver Wragg, of Counsel
(BBO # 643152)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
N. Miami, FL 33181
Tel.: (305) 891-5199
Fax: (305) 893-9505
FFA@fullerfuller.com