UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually,

    Plaintiffs,

vs.

BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended,

    Defendants.

Case No.1:04-CV-12237-JLT-JLA

Judge Joseph L. Tauro
Magistrate Judge Joyce L. Alexander

FILING FEE PAID:
RECEIPT # 65905
AMOUNT $ 50.00
BY DPTY CLK [signature]
7-28-05

## MOTION OF THE PLAINTIFF TO PERMIT COUNSEL TO APPEAR PRO HAC VICE

In accordance with 83.5.3(b) of the Local Rules of the United States District Court District of Massachusetts that governs the admission and practice of attorneys in said District Court, the undersigned respectfully moves for the admission of **John P. Fuller, Esquire**, 12000 Biscayne Blvd., Suite 609, North Miami, Florida 33181, (305) 891-5199, JPF@FullerFuller.com, for purposes of appearing as counsel on behalf of Plaintiffs, ACCESS 4 ALL, INC. and PETER SPALLUTO, in the above-styled case.

John P. Fuller certified herewith that he has studied the Local Rules of this Court and is a member in good standing of the Florida Bar; and is admitted to the United States District Court for the Southern, Middle and Northern Districts of Florida, the United States District Court for the Southern and Northern Districts of Texas, as well as the United States Court of Appeals for the Fifth and Eleventh Circuits. Mr. Fuller's Florida Bar Number is 0276847. There are no disciplinary proceedings against Mr.

Fuller in any jurisdiction. A certificate of good standing from the Clerk of the Florida Supreme Court is attached hereto as <u>Exhibit A</u>. Mr. Fuller is a partner with the law firm of Fuller, Fuller & Associates, P.A. and has been a member of the Florida Bar for over twenty (20) years. An Affidavit of John P. Fuller in Support of this Motion to Admit Counsel Pro Hac Vice is attached hereto as <u>Exhibit B</u>.

In further support of this motion, it is hereby designated that O. Oliver Wragg is a member of the Bar of this Court. He is also a person to whom the Court and Counsel may readily communicate and upon whom papers may be served.

Mr. Fuller is familiar with the Local Rules of the United States District Court for the District of Massachusetts and his application for leave to practice in this court is on motion of a member of the bar of this court, who has already appeared as counsel for the Plaintiffs, ACCESS 4 ALL, INC. and PETER SPALLUTO. Additionally, Mr. Fuller has also submitted the required $50.00 filing fee to the Clerk of the U.S. District Court.

WHEREFORE, the Plaintiffs request that this Court grant John P. Fuller permission to appear before this Court pro hac vice.

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Plaintiffs made a good faith attempt to obtain concurrence to the relief sought in this motion and counsel for Defendants have been unavailable.

Respectfully submitted,

*/s/ O. Oliver Wragg, with permission*
O. Oliver Wragg, Esquire, (BBO 643152)
Of Counsel
FULLER, FULLER & ASSOCIATES, P.A.

12000 Biscayne Blvd., Suite 609
North Miami, Florida 33181
Tel: (305) 891-5199
Fax: (305) 893-9505
FFA@fullerfuller.com

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been furnished by mail this 27th day of July, 2005 to: James B. Krasnoo, Esq. and Paul J. Klehm, Esq., Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, Massachusetts 01801.

_O. Oliver Wragg, with express permission_
O. Oliver Wragg, Esquire, (BBO 643152)
Of Counsel
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, Florida 33181
Tel: (305) 891-5199
Fax: (305) 893-9505
FFA@fullerfuller.com