UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended,<br><br>    Defendants. | Case No.1:04-CV-12237-JLT-JLA<br><br>Judge Joseph L. Tauro<br>Magistrate Judge Joyce L. Alexander |

### AFFIDAVIT OF JOHN P. FULLER

COMES NOW John P. Fuller and under oath does depose and say as follows:

1. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

4. I am currently actively associated with O. Oliver Wragg, Esq. who is a member of the bar of this Court.



EXHIBIT B

I hereby swear upon penalty of perjury that the foregoing Declaration is true to the best of my knowledge.

Date: July 20th, 2005

_____
John P. Fuller, Esquire

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to and subscribed before me this 20th day of July, 2005, by John P. Fuller.

_____
Notary Public

MONICA MARTA
MY COMMISSION # DD 253385
EXPIRES: January 26, 2008
Bonded Thru Notary Public Underwriters

Personally Known ✓  OR Produced Identification _____
Type of Identification Produced _____