UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida not for
profit corporation, and PETER SPALLUTO,
Individually,

      Plaintiffs,

v.

BUCKMINSTER HOTEL CORPORATION,
a Delaware Corporation, and BOSTON
KENMORE CONDOMINIUM TRUST, a
Trust created under Declaration of Trust
dated December 26, 1986, as amended,

      Defendants.
_____/

Case No.1:04-CV-12237-JLT

Judge Joseph L. Tauro

## NOTICE OF APPEARANCE OF JAY M. ROSEN ON BEHALF OF PLAINTIFFS

PLEASE TAKE NOTICE that the undersigned attorney files his Notice of Appearance for the law firm of Schlossberg & Associates, P.C., to appear as co-counsel on behalf of Plaintiffs, ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually, in the above-styled cause. The undersigned attorney requests that this Court, attorneys for the parties or the parties themselves, direct future pleadings, motions, notices, correspondence and other documents to the undersigned at the address noted below as of this date forward.

      Respectfully submitted,

      /s/ Jay M. Rosen
      Jay M. Rosen, Esq. (BBO # 659842)
      SCHLOSSBERG & ASSOCIATES, P.C.
      35 Braintree Hill, Suite 303
      Braintree, MA 02185
      Tel.: (781) 848-5028
      Fax: (781) 848-5096
      Jrosen@sabusinesslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronic mail through the Court's ECF system on this ____ day of December, 2005 to: James B. Krasnoo, Esq. and Paul J. Klehm, Esq., Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810.

**Co-Counsel for Plaintiffs**

  /s/ Jay M. Rosen
Jay M. Rosen, Esquire (BBO # 659842)
SCHLOSSBERG & ASSOCIATES, P.C.
35 Braintree Hill, Suite 303
Braintree, MA 02185
Tel.: (781) 848-5028
Fax: (781) 848-5096
jrosen@sabusinesslaw.com