UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida not for
profit corporation, and PETER SPALLUTO,
Individually,

       Plaintiffs,

v.

BUCKMINSTER HOTEL CORPORATION,
a Delaware Corporation, and BOSTON
KENMORE CONDOMINIUM TRUST, a
Trust created under Declaration of Trust
dated December 26, 1986, as amended,

       Defendants.
_____/

Case No.1:04-CV-12237-JLT

Judge Joseph L. Tauro

## NOTICE OF APPEARANCE OF GEORGE W. SKOGSTROM ON BEHALF OF PLAINTIFFS

PLEASE TAKE NOTICE that the undersigned attorney files his Notice of Appearance for the law firm of Schlossberg & Associates, P.C., to appear as co-counsel on behalf of Plaintiffs, ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually, in the above-styled cause. The undersigned attorney requests that this Court, attorneys for the parties or the parties themselves, direct future pleadings, motions, notices, correspondence and other documents to the undersigned at the address noted below as of this date forward.

Respectfully submitted,

  /s/ George W. Skogstrom
George W. Skogstrom, Esq. (BBO #552725)
SCHLOSSBERG & ASSOCIATES, P.C.
35 Braintree Hill, Suite 303
Braintree, MA 02185
Tel.: (781) 848-5028
Fax: (781) 848-5096
Gskogstrom@sabusinesslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by electronic mail through the Court's ECF System on this _____ day of December, 2005 to: James B. Krasnoo, Esq. and Paul J. Klehm, Esq., Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810.

**Co-Counsel for Plaintiffs**

  /s/  George W. Skogstrom
George W. Skogstrom, Esq. (BBO #552725)
SCHLOSSBERG & ASSOCIATES, P.C.
35 Braintree Hill, Suite 303
Braintree, MA 02185
Tel.: (781) 848-5028
Fax: (781) 848-5096
Gskogstrom@sabusinesslaw.com