UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12237-JLT

| | |
|---|---|
| ACCESS 4 ALL, INC. a Florida not for profit corporation, and PETER SPALLUTO, individually<br>　　Plaintiffs<br><br>v.<br><br>BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO L.R. 16(1)(D)(3)

I, Ming C. Slomiak, As President of Buckminster Hotel Corporation and as Trustee of Boston Kenmore Condominium Trust, hereby certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution with Attorney Paul J. Klehm, counsel to Defendants.

Dated: _____  
　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　Ming C. Slomiak, President,  
　　　　　　　　　　　　　Buckminster Hotel Corporation

Dated: _____  
　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　Ming C. Slomiak, Trustee,  
　　　　　　　　　　　　　Boston Kenmore Condominium Trust

Dated: 1/4/06  
　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　Paul J. Klehm

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all attorneys of record by hand/mail on _____1/4_____, 2006.

_____  
Paul J. Klehm