UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida not for
profit corporation, and PETER SPALLUTO,
Individually,

        Plaintiffs,

vs.

BUCKMINSTER HOTEL CORPORATION,
a Delaware Corporation, and BOSTON
KENMORE CONDOMINIUM TRUST, a
Trust created under Declaration of Trust
dated December 26, 1986, as amended,

        Defendants.

Case No.1:04-CV-12237-JLT

Judge Joseph L. Tauro

## JOINT SCHEDULING STATEMENT
### PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(d), the parties submit the following joint statement:

1. **Matters to be Discussed at Conference.** The parties will appear prepared to discuss the following issues:

a. A proposed pre-trial schedule for the case that includes the plan for discovery and deadlines;

    b. Anticipated dispositive and pre-trial motions;

    c. Alternative Dispute Resolution; and

    d. Settlement.

2. **Procedural Motions and other Pending Matters.** There are no pending motions currently before the Court.

3. **Schedule for Discovery.** The parties have agreed on the following

discovery schedule:

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| Fed. R. Civ. P. 26(a)(1)(A)-(B) disclosures | Fourteen (14) days after Scheduling Conference |
| Plaintiffs' Expert Disclosures | March 3, 2006 |
| Defendants' Expert Disclosures | March 17, 2006 |
| Close of Discovery, including Expert Discovery | May 3, 2006 |
| Dispositive Motions | June 5, 2006 |
| Trial | On or about August 7, 2006; except August 21, 2006 |
| Estimated Length of Trial | 2 day |

4.   **Discovery Limits.** The parties have agreed that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(C). The parties have further agreed that all discovery requests must be propounded no later than thirty-three (33) days prior to the close of discovery, unless a discovery response received within thirty-three (33) days of the close of discovery reveals the need for additional discovery requests. Each party shall reserve its or his right to seek by motion additional discovery, with good cause shown.

5.   **Settlement.** The parties have agreed that settlement is likely, but do not at this time request a settlement conference before a Magistrate Judge.

6.   **Trial by Magistrate Judge.** At this time, the parties are not prepared to consent to trial by a Magistrate Judge.

7.   **Budget and Alternative Dispute Resolution.** Counsel for the parties

have conferred with their respective clients concerning establishing a budget for litigation and the use of Alternative Dispute Resolution. The parties are willing to participate in mediation in an attempt to resolve this matter and have agreed on, or will attempt to agree upon, a mutually acceptable mediator. The parties have attached their certifications required pursuant to Local Rule 16.1(D)(3).

8. **Modification of Schedule.** All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion of the Court for good cause shown.

Date: _____1/4/_____, 2006

Counsel for Plaintiffs:

By:_____
John P. Fuller, Esq, *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
N. Miami, FL 33181
Tel.: (305) 891-5199
Fax: (305) 893-9505
FFA@fullerfuller.com

and by:

Jay M. Rosen, Esq., co-counsel
(BBO #659842)
Jrosen@sabusiness.com
George W. Skogstrom, Esq., co-counsel
(BBO #552725)
Gskogstrom@sabusiness.com
Schlossberg & Associates, P.C.
35 Braintree Hill, Suite 303
Braintree, MA 02185
Tel.: (781) 848-5028
Fax: (781) 848-5096

Counsel for Defendants:

By:_____
James B. Krasnoo, Esq. (BBO#27930)
James@krasnoolaw.com
Paul J. Klehm, Esq. (BBO#561605)
Pklehm@krasnoolaw.com
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA 01801
Tel.: (978) 475-9955
Fax: (978) 474-9005