UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually,

    Plaintiffs,

vs.

BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended,

    Defendants.
_____/

Case No.1:04-CV-12237-JLT

Judge Joseph L. Tauro

## PLAINTIFFS' SWORN COMPLIANCE WITH LOCAL RULE 26.1(B)

COME NOW Plaintiffs, Access 4 All, Inc., and Peter Spalluto, through counsel, herein comply with Local Rule 26.1(b) by swearing as follows:

(a) Plaintiffs have no itemized economic loss;

(b) Plaintiffs identify the following persons who have discoverable information about the barriers to access at Defendants' premise:

    1. Peter Spalluto
       c/o Fuller, Fuller & Associates, P.A.
       12000 Biscayne Blvd., Suite 609
       North Miami, FL 33181

Subject: Barriers to access existing at the subject property.

3. Access 4 All, Inc.
   Peter Di Palma, *President*
   c/o Fuller, Fuller & Associates, P.A.
   12000 Biscayne Blvd., Suite 609
   North Miami, FL 33181

   Subject: Barriers to access existing at the subject property.

4. Mr. Herbert Neff
   2500 North Federal Highway, #223
   Boca Raton, FL 33431

   Subject: Barriers to access existing at the subject property.

5. Pablo Baez
   3732 NW 23 Manor
   Coconut creek, FL 33066

   Subject: Barriers to access existing at the subject property.

6. Gary W. Dix, C.P.A., C.V.A
   Mallah, Furman & Company, P.A.
   1001 South Bayshore Drive, Suite 1400
   Miami, Florida  33131

   Subject: Financial ability of the Defendants to bring property into ADA compliance.

(c) No statements have been obtained from Defendants.

(d) No government agency or official is known to the Claimants to have investigated the occurrence giving rise to the claim.

_____
Peter Spalluto

State of Florida        )
County of Broward       )

SWORN TO and subscribed before me by PETER SPALLUTO, who is known to me and who did take an oath on this _____ day of _____, 2006.

_____
Notary Public, Florida at Large

3. Access 4 All, Inc.
   Peter Di Palma, *President*
   c/o Fuller, Fuller & Associates, P.A.
   12000 Biscayne Blvd., Suite 609
   North Miami, FL 33181

   Subject: Barriers to access existing at the subject property.

4. Mr. Herbert Neff
   2500 North Federal Highway, #223
   Boca Raton, FL 33431

   Subject: Barriers to access existing at the subject property.

5. Pablo Baez
   3732 NW 23 Manor
   Coconut creek, FL 33066

   Subject: Barriers to access existing at the subject property.

6. Gary W. Dix, C.P.A., C.V.A
   Mallah, Furman & Company, P.A.
   1001 South Bayshore Drive, Suite 1400
   Miami, Florida 33131

   Subject: Financial ability of the Defendants to bring property into ADA compliance.

(c) No statements have been obtained from Defendants.

(d) No government agency or official is known to the Claimants to have investigated the occurrence giving rise to the claim.

_Peter Spalluto_

State of Florida
County of Broward

SWORN TO and subscribed before me by PETER SPALLUTO, who is known to me and who did take an oath on this ___03___ day of ___01___, 2006.

_Angela Medina_
Notary Public, Florida at Large

Angela Medina
Commission # DD353689
Expires JULY 07, 2008
AARONNOTARY.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by facsimile on this 4 day of JAN 2006 to: James B. Krasnoo, Esq. and Paul J. Klehm, Esq., Law Offices of James B. Krasnoo, Counsel for Defendants, 23 Main Street, Terrace Level, Andover, MA 01801, Facsimile (978) 474-9005.

Respectfully submitted by:

Jay M. Rosen, Esq., co-counsel
(BBO #659842)
Jrosen@sabusiness.com
George W. Skogstrom, Esq., co-counsel
(BBO #552725)
Gskogstrom@sabusiness.com
Schlossberg & Associates, P.C.
35 Braintree Hill, Suite 303
Braintree, MA 02185
Tel.: (781) 848-5028
Fax: (781) 848-5096

and

John P. Fuller, Esq., Pro Hac Vice
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel.: (305) 891-5199
Fax: (305) 893-9505
jpf@fullerfuller.com

By: _____
John P. Fuller, Esq. Pro Hac Vice

(LAF:jl - 12-27-05)

3629-Compliance (sworn) with Rule 26(1)(b) (slm 12-30-05).wpd