UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ACCESS 4 ALL, INC. and<br>PETER SPALLUTO, | *<br>*<br>* | |
| Plaintiffs, | *<br>* | |
| v. | *<br>* | Civil Action No. 04-12237-JLT |
| BUCKMINSTER HOTEL CORP.,<br>a Delaware Corporation,<br>and BOSTON KENMORE<br>CONDOMINIUM TRUST, a Trust<br>created under Declaration of Trust<br>dated December 26, 1986, | *<br>*<br>*<br>*<br>*<br>* | |
| Defendants. | * | |

<u>ORDER</u>

January 25, 2006

TAURO, J.

After a Scheduling Conference held on January 25, 2006, this court hereby orders that:

1. Plaintiff may depose Ming Slomiak;

2. Plaintiff must complete the abovementioned deposition by February 28, 2006;

3. The ADA inspection discussed in open court must be completed by February 28, 2006;

4. Defendants may depose (1) Peter Spalluto; and (2) Jaime Cipriani;

5. Defendants must complete the abovementioned depositions by April 28, 2006;

6. The Parties will designate their prospective experts and exchange expert affidavits by April 28, 2006;

7. The Parties may exchange interrogatories;

8. The abovementioned interrogatories must be served by March 15, 2006;

9. The abovementioned interrogatories must be answered by April 3, 2006;

10. No further discovery will take place without leave of this court; and

11. A Final Pretrial Conference will be held on May 9, 2006 at 11:30 a.m.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro   
United States District Judge