UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Docket No. 04-12237-JLT

|  |  |
|---|---|
| ACCESS 4 ALL, INC. a Florida not for profit corporation, and PETER SPALLUTO, individually<br>    Plaintiffs<br><br>v.<br><br>BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**JOINT MOTION TO EXTEND TIME FOR PARTIES TO ANSWER INTERROGATORIES FROM APRIL 3, 2006 TO AND INCLUDING APRIL 21, 2006**

Plaintiffs Access 4 All, Inc. and Peter Spalluto and Defendants Buckminster Hotel Corporation and Boston Kenmore Condominium Trust hereby move this Court to extend the time within which the parties may respond to the pending interrogatories from April 3, 2006 to and including April 21, 2006 where the parties are engaged in settlement discussions, and, more particularly, for the reasons set forth below:

    1.    In an order dated January 25, 2006, the Court ordered the parties to serve interrogatories by March 15, 2006 and to respond to same by April 3, 2006.

    2.    The parties timely served interrogatories upon one another.

    3.    Plaintiffs have made an initial settlement offer to Defendants, and Defendants are considering same.

4. In an effort to reduce litigation costs, particularly in an Americans With Disabilities Act matter, the parties respectfully request that this Court extend the time within which the parties may respond to the interrogatories from April 3, 2006 to and including April 21, 2006 so as to afford the parties time to seek to resolve this matter.

**WHEREFORE**, for the above reasons, the parties respectfully request that this Court GRANT the within motion and extend the time within which the parties may respond to interrogatories from April 3, 2006 to and including April 21, 2006.

| | |
|---|---|
| The Defendants<br>Buckminster Hotel Corporation, and<br>Boston Kenmore Condominium Trust<br>By Their Attorneys, | The Plaintiffs<br>ACCESS 4 All, Inc. and<br>Peter Spalluto<br>By Their Attorneys, |
| /s/ Paul J. Klehm<br>James B. Krasnoo  BBO#279300<br>jkrasnoo@krasnooklehm.com<br>Paul J. Klehm  BBO# 561605<br>pklehm@krasnooklehm.com<br>Krasnoo/Klehm LLP<br>23 Main Street, Terrace Level<br>Andover, MA  01810<br>(978) 475-9955 | /s/ John Fuller (by PJK with permission)<br>John Fuller, *Pro Hac Vice*<br>jfuller@fullerfuller.com<br>Fuller, Fuller & Associates, P.A.<br>12000 Biscayne Boulevard, Suite 609<br>North Miami, FL  33181<br>(305) 891-5199 |

2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

    I, Paul J. Klehm, counsel to Defendants, hereby certify that, on April 3, 2006, I forwarded the within proposed motion to Attorney John Fuller via email for his review. Attorney Fuller informed me that I may electronically sign his name to the motion.

                                                    /s/ Paul J. Klehm
                                                    Paul J. Klehm

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF on April 3, 2006.

                                                    /s/ Paul J. Klehm
                                                    Paul J. Klehm