UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida not for
profit corporation, and PETER SPALLUTO,
Individually,

      Plaintiffs,                              CASE NO. 1:04-CV-12237-JLT

v.

BUCKMINSTER HOTEL CORPORATION, a
Delaware Corporation, and BOSTON KENMORE
CONDOMINIUM TRUST, a Trust created under
Declaration of Trust dated December 26, 1986,

      Defendants.
_____/

### PLAINTIFFS' MOTION TO APPEAR TELEPHONICALLY OR, IN THE ALTERNATIVE, TO RESCHEDULE THE FINAL PRETRIAL CONFERENCE SET FOR MAY 9, 2006

COME NOW, the undersigned attorneys for the Plaintiffs, and respectfully move this Court pursuant to Local Rule 40.3(a) for good cause to allow Plaintiff's counsel to appear telephonically at the Final Pretrial Conference set for May 9, 2006, or in the alternative, request that the matter be rescheduled to May 30, 2006, on or before 1:30 p.m., and as grounds thereof state the following:

1. By Order dated January 25, 2006, this Court scheduled a Final Pretrial Conference to be held on May 9, 2006, at 11:30 a.m.

2. The undersigned counsel is located in Florida and must travel to attend the Conference. To avoid the undue hardship of travel to a single conference, undersigned counsel requests leave to appear telephonically. The undersigned counsel will initiate the call to Chambers.

3. In the alternative, Plaintiffs' counsel request that the Final Pretrial Conference be

Scheduling Conference before the Honorable Mark L. Wolf in the case of <u>Access 4 All, Inc., et al v. President And Fellows Of Harvard College</u>, 05-12279. That conference is set for May 30, 2006, at 3:30 p.m. The undersigned respectfully request that the two conferences be scheduled for the same day to avoid duplicate travel.

### MEMORANDUM OF REASONS

The granting of leave to appear telephonically or, in the alternative, to reschedule is in the interest of judicial economy because it will avoid the necessity of travel from South Florida for a single hearing.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that opposing counsel has been consulted with regard to these requests and has stated that he has no objection.

WHEREFORE, Plaintiffs respectfully request that this Court grant leave to attend the Final Pretrial Conference telephonically or, in the alternative, that the Conference be rescheduled to May 30, 2006, on or before 1:30 p.m.

Respectfully Submitted,

By: ___/s/John P. Fuller_____
    John Fuller, Esq. *Pro Hac Vice*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by electronic mail via the Court's ECF System on this 28th day of April, 2006, to:

James B. Krasnoo, Esq.
Paul J. Klem, Esq.
Krasnoo Klehm LLP
23 Main Street, Suite One
Terrace Level
Andover, MA 01810

**Attorneys for Plaintiffs**

Jay M. Rosen, Esq. (BBO #659842)
Jrosen@sabusiness.com
George W. Skogstrom, Esq. (BBO #552725)
Gskogstrom@sabusiness.com
SCHLOSSBERG & ASSOCIATES, P.C.
35 Braintree Hill, Suite 303
Braintree, MA 02185
Tel. 781-848-5028
Fax 781-848-5096

and

John P. Fuller, Esq., pro hac vice
Jpf@fullerfuller.com
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel. 305-891-5199
Fax 305-893-9505


By: _____/s/John P. Fuller_____
       John P. Fuller, Esq., pro hac vice

3629/motion to appear telephonically 4-26-06.wpd