UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually,

        Plaintiffs,

vs.

BUCKMINSTER HOTEL CORPORATION, a Delaware Corporation, and BOSTON KENMORE CONDOMINIUM TRUST, a Trust created under Declaration of Trust dated December 26, 1986, as amended,

        Defendants.
_____/

Case No.1:04-CV-12237-JLT

Judge Joseph L. Tauro

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants, pursuant to the Federal Rules of Civil Procedure hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.  The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

**Signatures on the next page**

By: ___/s/Paul J. Klehm_____   Date: ___May 25, 2006___
    Attorney for Defendants
    Paul J. Klehm, Esq.
    Krasnoo/Klehm LLP
    23 Main Street, Suite One
    Andover, MA 01810
    Tel.: (978) 475-9955
    Fax: (978) 474-9005


By: ___/s/John P. Fuller_____   Date: ___May 25, 2006___
    Attorney for Plaintiffs
    John P. Fuller, Esq., pro hac vice
    Fuller, Fuller & Associates, P.A.
    12000 Biscayne Blvd., Suite 609
    N. Miami, FL 33181
    Tel.: (305) 891-5199
    Fax: (305) 893-9505

    and

    Jay M. Rosen, Esq., Co-Counsel
    (BBO #659842)
    Jrosen@sabusiness.com
    George W. Skogstrom, Esq., Co-counsel
    (BBO #552725)
    Gskogstrom@sabusiness.com
    Schlossberg & Associates, P.C.
    35 Braintree Hill, Suite 303
    Braintree, MA 02185
    Tel.: (781) 848-5028
    Fax: (781) 848-5096