ACCESS 4 ALL, INC., a Florida not for profit
corporation, and PETER SPALLUTO,
Individually,

        Plaintiffs,

vs.

BUCKMINSTER HOTEL CORPORATION, a
Delaware Corporation, and BOSTON KENMORE
CONDOMINIUM TRUST, a Trust created under
Declaration of Trust dated December 26, 1986, as
amended,

        Defendants.
_____/

Case No.1:04-CV-12237-JLT

Judge Joseph L. Tauro

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

(a)    The Stipulation for Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendants, be and the same is hereby approved, adopted and ratified by the Court;

(b)    The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

(c)    The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

(d) To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers this 25TH day of MAY, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
John P. Fuller, Esq.
Jay M. Rosen, Esq.
George W. Skogstrom, Esq.
Paul Klehm, Esq.